George POOLE, Appellant,

v.

Unknown FLANERY, Police Officer, Appellee.

No. 06–3708.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 5, 2007.

Filed: Oct. 10, 2007.

[1]. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

George Poole, St. Louis, MO, pro se.

Peter J. Dunne, Rabbitt & Pitzer, St. Louis, MO, for Appellee.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

George Poole appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review of the record, *see Dulany v. Carnahan,* 132 F.3d 1234, 1237 (8th Cir. 1997) (standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, *see* 8th Cir. R. 47B.

[1]. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.